# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SHARON K. LARSON                                          Case Number: 05-72164
32 LIBERTY BOULEVARD          SSN-xxx-xx-3984
MACHESNEY PARK, IL  61115

Case filed on: 5/2/2005
Plan Confirmed on: 8/19/2005

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $14,016.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BARRICK SWITZER LONG ET AL | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 008 | NATHANIEL J. DORFMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 2,910.57 | 2,910.57 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 312.28 | 312.28 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 11,134.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 14,356.85 | 3,222.85 | 0.00 | 0.00 |
| 999 | SHARON K. LARSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | SELECT PORTFOLIO SERVICING INC | 54,032.46 | 0.00 | 0.00 | 0.00 |
| 002 | SELECT PORTFOLIO SERVICING INC | 14,758.98 | 1,647.73 | 1,647.73 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 12,472.00 | 12,472.00 | 8,840.87 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 7,671.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 88,934.44 | 14,119.73 | 10,488.60 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 3,422.43 | 3,422.43 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 1,119.56 | 1,119.56 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 300.98 | 300.98 | 0.00 | 0.00 |
| 006 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,306.97 | 1,306.97 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,149.94 | 6,149.94 | 0.00 | 0.00 |
|  | Grand Total: | 112,141.23 | 26,192.52 | 13,188.60 | 0.00 |

Total Paid Claimant:      $13,188.60
Trustee Allowance:         $827.40         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00            discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/29/2007           By  /s/Heather Fagan